Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 DEC 21 PM 2:32
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KNK_____ DEPUTY

AMERICAN DIAGNOSTIC MEDICINE, INC.

vs

ROBERT WALDER, PAUL KAPLAN, and DOES 1 through 100, inclusive

**SUMMONS IN A CIVIL ACTION**
Case No.

**'07 CV 2401 W CAB**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Keith E. Butler
Clausen Miller P.C.
2040 Main Street, Suite 500
Irvine, CA 92614

An answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

K. [SEAL] KENNERLY

By _____, Deputy Clerk

DEC 21 2007

DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S