Phillip L. Kossy, State Bar No. 71543
Micah Parzen, State Bar No. 222559
Liseanne R. Kelly, State Bar No. 211782
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for Defendant ROBERT WALDER

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN DIAGNOSTIC MEDICINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT WALDER, PAUL KAPLAN, and DOES 1 through 100, Inclusive, <br><br> Defendants. | Case No. 07cv2401 W (CAB) <br><br> JUDGE: Hon. Thomas J. Whelan <br> CTRM: 7 <br><br> **DEFENDANT'S NOTICE OF FIRST APPEARANCE** |

PLEASE TAKE NOTICE that Defendant ROBERT WALDER will be represented by Phillip L. Kossy, Micah Parzen and Liseanne R. Kelly of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372.

DATED: January 22, 2008         Respectfully submitted,

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: s/_____
Liseanne R. Kelly
Attorneys for Defendant
email: Lkelly@luce.com

101067331.1