Phillip L. Kossy, State Bar No. 71543
Micah Parzen, State Bar No. 222559
Liseanne R. Kelly, State Bar No. 211782
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for Defendant ROBERT WALDER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN DIAGNOSTIC MEDICINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT WALDER, PAUL KAPLAN, and DOES 1 through 100, Inclusive, <br><br> Defendants. | Case No. 07cv2401 W (CAB) <br><br> **JUDGE:** Hon. Thomas J. Whelan <br> **CTRM:** 7 <br><br> **CERTIFICATE OF SERVICE** |

On January 22, 2008, I caused to be served via CM/ECF copies of the following documents:

(1) **DEFENDANT'S NOTICE OF FIRST APPEARANCE;**

(2) **DEFENDANT ROBERT WALDER'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; and**

(3) **DECLARATION OF LISEANNE R. KELLY IN SUPPORT OF DEFENDANT WALDER'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING.**

on the interested parties in this action as follows:

| | |
|---|---|
| Plaintiff/Counter Defendant: | American Diagnostic Medicine Inc represented by Keith Edward Butler <br> Phone: (949)260-3100 <br> Fax: (949)260-3190 <br> Email: kbutler@clausen.com |

1  Defendant/Counter Claimant:   Paul Kaplan
2                                 represented by Frederick Wilson Gaston
                                   Phone: (619)398-1882
                                   Fax: (619)398-1887
3                                  Email: fg@sandiegolegal.us

4

5   I declare under penalty of perjury under the laws of the United States of America that the
6   foregoing is true and correct and that I am employed in the office of a member of the bar of this Court
7   at whose direction the service was made.
8   Executed on January 22, 2008, at San Diego, California.

                                              _____
                                              B. M. Streveler