UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN DIAGNOSTIC MEDICINE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT WALDER, et al.,<br><br>    Defendants. | CASE NO: 07-CV-2401 W (CAB)<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

On January 22, 2008, Defendant Robert Walder filed an ex parte application for an order extending the time to file a responsive pleading. Defendant Walder has not sought or obtained any previous extensions of time.

Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the motion [Doc. No. 6]. Defendant Walder's responsive pleading is due on or before February 15, 2008.

**IT IS SO ORDERED.**

DATED: January 23, 2008

_____
Hon. Thomas J. Whelan
United States District Judge