
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN 30 PM 3:36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

AMERICAN DIAGNOSTIC MEDICINE,
        Plaintiff

vs.

ROBERT WALDER, et al.,
        Defendant

Case No. 07cv2401 W(CAB)

PRO HAC VICE APPLICATION

American Diagnostic Medicine
Party Represented

I, **Joshua A. Aldort** (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: **Clausen Miller P.C.**
Street address: **10 South LaSalle Street**
City, State, ZIP: **Chicago, Illinois 60603**
Phone number: **312-855-1010**

That on **1997** (Date) I was admitted to practice before **United States District Court, Northern District of Illinois** (Name of Court) and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ( ) have (X) have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case number _____ Date of application _____

Application  ( ) granted   ( ) denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

**Keith E. Butler** (SBN 200496)          **949-260-3100**
(Name)                                    (Telephone)
**Clausen Miller P.C.**
(Firm)
**2040 Main Str., Ste 500**    **Irvine**              **92614**
(Street)                        (City)                  (Zip code)

_____
Signature of Applicant

I hereby consent to the above designation.

                                 _____
                                 Signature of Designee Attorney

The pro hac vice application is hereby approved for filing.



Date ___1/29/08___
It is so ordered,

_____

Received $180.00 for Court Library fee

_____ Deputy Clerk

**Pro Hac Vice**     (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application , and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:**     $180.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

    W. Samuel Hamrick, Jr., Clerk
    United States District Court
    Southern District of California
    880 Front Street Suite 4290
    San Diego, California 92101-8900

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2040 Main Street, Suite 500, Irvine, California 92614.

On January 23, 2008, I served the following document(s) described as **PRO HAC VICE APPLICATION** by placing a true copy thereof, enclosed in sealed envelope(s), addressed as follows:

| | |
|---|---|
| Frederick W. Gaston<br>Matthew Faust<br>Gaston & Gaston<br>222 Ash Street<br>San Diego, California 92101<br><br>Telephone: 619.398.1882<br>Facsimile: 619.398.1887<br><br>***Attorney for Defendant***<br>**PAUL KAPLAN** | Phillip L. Kossy<br>Micah Parzen<br>Liseanne R. Kelly<br>Luce Forward Hamilton & Scripps LLP<br>600 West Broadway, Suite 2600<br>San Diego, California 92101-3372<br><br>Telephone: 619.236.1414<br>Facsimile: 619.232.8311<br><br>***Attorney for Defendant***<br>**ROBERT WALDER** |

The State Bar of California
Office of Special Admissions and Specialization
180 Howard Street
San Francisco, CA 94105

(With $50.00 Application Fee)

[X] **BY MAIL**: I caused such envelope to be deposited in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 23, 2008, at Irvine, California.

_____
Barbie D. Akin