Keith E. Butler  State Bar Number 200496
Clausen Miller P.C.
2040 Main Street, Suite 500
Irvine, CA 92614
Telephone (949) 260-3100
Facsimile (949) 260-3190

Attorneys for Plaintiff and Counterdefendant, AMERICAN DIAGNOSTIC MEDICINE, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN DIAGNOSTIC MEDICINE, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT WALDER, PAUL KAPLAN, and DOES 1 through 100, inclusive,<br><br>    Defendants.<br><br>———————————————<br>PAUL KAPLAN,<br><br>    Counterclaimant,<br><br>vs.<br><br>AMERICAN DIAGNOSTIC MEDICINE, INC.,<br><br>    Counterdefendant. | Case No. 07cv2401W<br><br>JUDGE: Hon. Thomas J. Whelan<br>CTRM: 7<br><br>CERTIFICATE OF SERVICE |

On January 31, 2008, I caused to be served via CM/ECF copies of the following document(s):

1.   AMERICAN DIAGNOSTIC MEDICINE, INC.'S ANSWER TO COUNTERCLAIMANT PAUL KAPLAN'S COUNTERCLAIM.

1 | on the interested parties in this action as follows:

2

3 | Frederick W. Gaston
Matthew Faust
Gaston & Gaston
4 | 222 Ash Street
San Diego, California 92101
5 | Telephone: 619.398.1882
Facsimile: 619.398.1887
6 | E-mail: fg@sandiegolegal.us

7 | *Attorney for Defendant*
*PAUL KAPLAN*
8

9 | Phillip L. Kossy
Micah Parzen
Liseanne R. Kelly
10 | Luce Forward Hamilton & Scripps LLP
11 | 600 West Broadway, Suite 2600
San Diego, California 92101-3372
12 | Telephone: 619.236.1414
Facsimile: 619.232.8311
13 | E-mail: Lkelly@luce.com

14 | *Attorney for Defendant*
*ROBERT WALDER*
15

16 |     I declare under penalty of perjury under the laws of the United States of
17 | America that the foregoing is true and correct and that I am employed in the office
18 | of a member of the bar of this Court at whose direction the service was made.
19 |     Executed on January 31, 2008, at Irvine, California.

20

21 |                                         Barbie D. Akin

22
23
24
25
26
27
28