1 | Siobhan A. Cullen (SB#179838)
  | DRINKER BIDDLE & REATH LLP
2 | 333 South Grand Avenue, Suite 1700
  | Los Angeles, CA 90071-1504
3 | Telephone: (213) 253-2300
  | Facsimile:  (213) 253-2301
4 | siobhan.cullen@dbr.com

5 | Attorneys for Defendant and Counterclaimant
  | PAUL KAPLAN

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN DIAGNOSTIC MEDICINE, INC., | Case No. 07-CV-2401-W(CAB) |
| Plaintiff, | Assigned to Hon. Thomas J. Whelan |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| ROBERT WALDER, et al., | |
| Defendants. | |

Notice is hereby given that subject to approval by the court, Paul Kaplan substitutes Siobhan A. Cullen, State Bar No. 179838, as counsel of record in place of Frederick W. Gaston.

Contact information for new counsel is as follows:

Siobhan A. Cullen, Esq.
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue, Suite 1700
Los Angeles, CA 90071-1504
Telephone: (213) 253-2300
Facsimile:  (213) 253-2301
siobhan.cullen@dbr.com

///
///

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles

LA1\105020\1    1    Substitution of Attorney
Case No. 07-CV-2401-W (CAB)

1   I consent to the above substitution.

2   DATED: February 19, 2008                By: _____Paul Kaplan_____
3                                                Paul Kaplan

4   I consent to being substituted.

5
6   DATED: February __, 2008                By: _____
                                                 Frederick Wilson Gaston

7   I consent to the above substitution and am duly admitted to practice in this
8   District.

9
10  DATED: February 19, 2008                By: ___Siobhan A. Cullen___
                                                 Siobhan A. Cullen

LAW OFFICES
DRINKER BIDDLE & REATH LLP
Los Angeles

LA1\105020\1

2

Substitution of Attorney
Case No. 07-CV-2401-W (CAB)

1   I consent to the above substitution.

2   DATED: February __, 2008                By: _____
3                                               Paul Kaplan

4   I consent to being substituted.

5
6   DATED: February 19, 2008                By: _____
                                                Frederick Wilson Gaston

7   I consent to the above substitution and am duly admitted to practice in this
8   District.

9
10  DATED: February __, 2008                By: _____
                                                Siobhan A. Cullen

# CERTIFICATE OF SERVICE BY MAIL

STATE OF CALIFORNIA     ) ss.:
COUNTY OF SAN DIEGO     )

*American Diagnostic Medicine, Inc. v. Robert Walder, et al.*

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West C Street, Suite 2050, San Diego, CA 92101.

On February 19, 2008, I served on interested parties in said action the within:

1. **SUBSTITUTION OF ATTORNEY;**

2. **[PROPOSED] ORDER**

by placing a true copy thereof in sealed envelope(s) addressed as stated on the attached service list.

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on February 19, 2008, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Brooke Freitas | *[Signature]* |
|---|---|
| (Type or print name) | (Signature) |

# SERVICE LIST
*American Diagnostic Medicine, Inc. v. Robert Walder, et al.*

| | |
|---|---|
| Frederick W. Gaston<br>Matthew J. Faust<br>Gaston & Gaston<br>222 Ash Street<br>San Diego, CA 92101<br>(619) 398-1882<br><br>*Former Attorneys for Defendant/Counterclaimant*<br>PAUL KAPLAN | Phillip L. Kossy<br>Micah Parzen<br>Liseanne R. Kelly<br>LUCE, FORWARD, HAMILTON & SCRIPPS LLP<br>600 West Broadway, Suite 2600<br>San Diego, CA 92101<br>(619) 236-1414<br><br>*Attorneys for Defendant/Counterclaimant*<br>ROBERT WALDER |
| Keith Edward Butler<br>Clausen Miller PC<br>2040 Main Street, Suite 500<br>Irvine, CA 92614<br>(949) 260-3100<br><br>*Attorneys for Plaintiff*<br>AMERICAN DIAGNOSTIC MEDICINE, INC. | Joshua A. Aldort<br>Clausen Miller PC<br>10 South LaSalle Street<br>Chicago, IL 60603<br>(312) 606-7840<br><br>*Attorneys for Plaintiff*<br>AMERICAN DIAGNOSTIC MEDICINE, INC. |