# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| AMERICAN DIAGNOSTIC MEDICINE, INC., | CASE NO: 07-CV-2401 W (CAB) |
|---|---|
| Plaintiff, | **ORDER APPROVING SUBSTITUTION OF ATTORNEY [DOC. NO. 11]** |
| v. | |
| ROBERT WALDER, et al., | |
| Defendants. | |

On February 19, 2008, Defendant and Counterclaimant Paul Kaplan filed a notice of substitution of attorney. Having reviewed the notice, and good cause appearing, the Court **APPROVES** the substitution. [Doc. No. 11.]

**IT IS SO ORDERED.**

DATED: February 20, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28