1 | Keith E. Butler  State Bar Number 200496
2 | Clausen Miller P.C.
  | 2040 Main Street, Suite 500
3 | Irvine, CA 92614
  | Telephone  (949) 260-3100
  | Facsimile  (949) 260-3190

4 | Attorneys for Plaintiff and
5 | Counterdefendant, AMERICAN DIAGNOSTIC MEDICINE, INC.

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| AMERICAN DIAGNOSTIC MEDICINE, INC., | Case No. 07cv2401W |
|---|---|
| Plaintiff, | JUDGE: Hon. Thomas J. Whelan |
| vs. | CTRM: 7 |
| ROBERT WALDER, PAUL KAPLAN, and DOES 1 through 100, inclusive, | CERTIFICATE OF SERVICE |
| Defendants. | |
| PAUL KAPLAN, | |
| Counterclaimant, | |
| vs. | |
| AMERICAN DIAGNOSTIC MEDICINE, INC., | |
| Counterdefendant. | |

On March 6, 2008, I caused to be served via CM/ECF copies of the following document(s):

1. AMERICAN DIAGNOSTIC MEDICINE, INC.'S ANSWER TO COUNTERCLAIMANT ROBERT WALDER'S COUNTERCLAIM.

1

07cv2401W

| | |
|---|---|
| 1 | on the interested parties in this action as follows: |
| 2 | |
| 3 | Siobhan A. Cullen<br>Drinker Biddle & Reath LLP |
| 4 | 333 South Grand Avenue, Suite 1700<br>Los Angeles, California 90071-1504 |
| 5 | Telephone: 213.253.2300<br>Facsimile: 213.253.2301 |
| 6 | E-mail: Siobhan.cullen@dbr.com |
| 7 | *Attorney for Defendant*<br>**PAUL KAPLAN** |
| 8 | Phillip L. Kossy |
| 9 | Micah Parzen<br>Liseanne R. Kelly |
| 10 | Luce Forward Hamilton & Scripps LLP |
| 11 | 600 West Broadway, Suite 2600<br>San Diego, California 92101-3372 |
| 12 | Telephone: 619.236.1414<br>Facsimile: 619.232.8311 |
| 13 | E-mail: Lkelly@luce.com |
| 14 | *Attorney for Defendant*<br>**ROBERT WALDER** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 6, 2008, at Irvine, California.

_____
Barbie D. Akin