# MINUTES OF THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Case Name: | **American Diagnostic Medicine, Inc. v. Walder, et al.** | Case Number: | 07cv2401 W (CAB) |

| | | |
|---|---|---|
| Hon. Cathy Ann Bencivengo | Ct. Deputy L. Hernandez | Rptr. Tape: |

No later than **May 6, 2008**, Plaintiff shall supplement interrogatory responses to identify with more specificity the confidential information allegedly misappropriated by Defendants. Plaintiff shall also produce documents responsive to Defendants' Requests for Production no later than **May 16, 2008**.

A Mandatory Settlement Conference is scheduled for **May 23, 2008**, at **2:00 p.m.** The parties shall submit confidential settlement briefs directly to chambers no later than **May 19, 2008**. The parties shall refer to this Court's April 24, 2008 scheduling order for settlement conference requirements.

**IT IS SO ORDERED**.


Date:     April 30, 2008

Initials: LMH Deputy

cc:     Honorable Thomas J. Whelan

     All Counsel (chmb)