UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN DIAGNOSTIC MEDICINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT WALDER, PAUL KAPLAN, and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 07cv2401 W (CAB) <br><br> JUDGE: Hon. Thomas J. Whelan <br> CTRM:   7 <br><br><br> **JOINT MOTION TO EXTEND DEADLINE TO AMEND PLEADINGS** |
| PAUL KAPLAN and ROBERT WALDER, <br><br> Counter-Claimants, <br><br> v. <br><br> AMERICAN DIAGNOSTIC MEDICINE, INC. <br><br> Counter-Defendant. | |

WHEREAS, the Magistrate Judge's April 23, 2008 Case Management Conference Order established a May 23, 2008 deadline to file any motion to amend the pleadings in the matter;

WHEREAS, the parties are in the process of attempting in good faith to negotiate a settlement of the matter;

///

WHEREAS, at the parties' request, the Magistrate Judge scheduled a Mandatory Settlement Conference on May 21, 2008, at 2:00 p.m.

WHEREAS, in light of the possibility that the matter may settle at the May 21, 2008 Mandatory Settlement Conference, the parties wish to avoid any unnecessary expense associated with amending the pleadings and/or filing a motion to amend the pleadings; and

WHEREAS, the parties wish to extend their deadline for filing any motion to amend the pleadings by a period of two weeks;

THE PARTIES HEREBY JOINTLY MOVE as follows:

1. The May 23, 2008, deadline for the parties to file any motion to amend the pleadings shall be extended to June 6, 2008.

DATED: May 16, 2008    CLAUSEN MILLER P.C.

By: s/Joshua A. Aldort
    Keith E. Butler
    Joshua A. Aldort
    Attorneys for Plaintiff, AMERICAN DIAGNOSTIC MEDICINE, INC.

DATED: May 16, 2008    LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: s/Micah D. Parzen
    Phillip L. Kossy
    Micah D. Parzen
    Attorneys for Defendant/Counter-Claimant, ROBERT WALDER

DATED: May 16, 2008    DRINKER BIDDLE & REATH LLP

By: s/Siobhan A. Cullen
    Siobhan A. Cullen
    Attorneys for Defendant PAUL KAPLAN