1  Phillip L. Kossy, State Bar No. 071543
   Micah Parzen, State Bar No. 222559
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.232.8311

5  Attorneys for Defendant/Counter-
   Claimant ROBERT WALDER
6

7

8                   UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11 AMERICAN DIAGNOSTIC MEDICINE,          CASE NO. 07cv2401 W (CAB)
   INC.,
12                                         JUDGE:  Hon. Thomas J. Whelan
                     Plaintiff,            CTRM:   7
13
          v.
14                                         **CERTIFICATE OF SERVICE**
   ROBERT WALDER, PAUL KAPLAN, and
15 DOES 1 through 100, Inclusive,

16                   Defendants.

17

   PAUL KAPLAN and ROBERT WALDER,
18
                     Counter-Claimants,
19
          v.
20
   AMERICAN DIAGNOSTIC MEDICINE,
21 INC.

22                   Counter-Defendant.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

                                    1        Case No. 07-CV-2401 W (CAB)
                                             CERTIFICATE OF SERVICE

1    On May 16, 2008, I caused to be served via CM/ECF, a copy(ies) of the following

2  document(s):

3    1.    **JOINT MOTION TO EXTEND DEADLINE TO AMEND PLEADINGS; and**

4    **2.    [PROPOSED] ORDER ON JOINT MOTION TO EXTEND DEADLINE TO**

5  **AMEND PLEADINGS.**

6  On the interested parties in this action as follows:

7    Keith Edward Butler, Esq.                     Attorneys for Plaintiff
      CLAUSEN MILLER PC
8    2040 Main Street, Suite 500
      Irvine, CA  92614
9    Email: kbutler@clausen.com

10    Joshua A. Aldort, Esq.                       Attorneys for Plaintiff
       CLAUSEN MILLER PC
11    10 South LaSalle Street
       Chicago, IL 60603
12    Email: jaldort@clausen.com

13    Siobhan A. Cullen, Esq.                      Attorneys for Defendant Paul
       DRINKER BIDDLE & REATH LLP                  Kaplan
14    333 South Grand Avenue, Ste. #1700
       Los Angeles, CA  90071-1504
15    Email: siobhan.cullen@dbr.com

16    I declare under penalty of perjury under the laws of the United States of America that the

17  foregoing is true and correct and that I am employed in the office of a member of the bar of this Court

18  at whose direction the service was made.

19    Executed on May 16, 2008, at San Diego, California.

20

21                                        s/Micah D. Parzen
                                          Email:  mparzen@luce.com
22

23

24

25

26

27

28