**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN DIAGNOSTIC MEDICINE, INC.,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>ROBERT WALDER, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO: 07-CV-2401 W (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE TO AMEND PLEADINGS [DOC. NO. 20]** |

Pending before the Court is the parties' joint motion for an order continuing the deadline to amend the pleadings. Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the motion. [Doc. No. 20.] The deadline is continued from May 23, 2008 to June 6, 2008.

**IT IS SO ORDERED.**

DATED: May 19, 2008

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　United States District Judge