UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN DIAGNOSTIC MEDICINE, INC.,<br><br>          Plaintiff,<br><br> v.<br><br>ROBERT WALDER, et al.,<br><br>          Defendants. | Civil No. 07cv2401 W (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

   A settlement conference was held on May 21, 2008. Counsel for all parties represented that the case has settled. Accordingly, IT IS HEREBY ORDERED:

   1. A Joint Motion for Dismissal shall be electronically filed on or before **July 22, 2008**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Thomas J. Whelan, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

   2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before July 22, 2008, then a Settlement Disposition Conference shall be held on **July 23, 2008**, at **9:00 a.m.** before Judge Bencivengo. The conference shall be

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed orders.

telephonic, with attorneys only.  Counsel for Plaintiff shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before July 22, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

**IT IS SO ORDERED**.

DATED:  May 22, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge