UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN DIAGNOSTIC MEDICINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT WALDER, PAUL KAPLAN, and DOES 1 through 100, Inclusive, <br><br> Defendants. <br><br> PAUL KAPLAN, and ROBERT WALDER, <br><br> Counter Claimants, <br><br> v. <br><br> AMERICAN DIAGNOSTIC MEDICINE, INC. <br><br> Counter Defendant. | Case No. 07cv2401 W (CAB) <br><br> **JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** |

## JOINT MOTION TO DISMISS LAWSUIT WITH PREJUDICE

Plaintiff American Diagnostic Medicine, Inc. ("ADM") and Defendants Robert Walder and Paul Kaplan hereby submit their Joint Motion to Dismiss the Complaint

-1-

and Counterclaims with prejudice, and state as follows:

1. On December 21, 2007, ADM initiated a lawsuit by filing a complaint, *American Diagnostic Medicine, Inc., v. Walder and Kaplan*, Cause No. 07cv2401 W (CAB), in the United States District Court for the Southern District of California.

2. On January 11, 2008, Mr. Kaplan filed his answer and a counterclaim against ADM.

3. On February 15, 2008, Mr. Walder filed his answer and a counterclaim against ADM.

4. Mr. Walder and Mr. Kaplan denied the material allegations set forth in ADM's complaint. Further, ADM denied the material allegations set forth in Defendant Kaplan's counterclaim and Defendant Walder's counterclaim.

5. To avoid the time and expense of continued litigation, ADM, Mr. Walder and Mr. Kaplan desire to settle their disputes related to ADM's complaint and Mr. Walder and Mr. Kaplan's counterclaims.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned Parties, that all claims by and between Plaintiff, AMERICAN DIAGNOSTIC MEDICINE, INC. and Defendants, ROBERT WALDER and PAUL KAPLAN, have been fully compromised and settled by way of a confidential settlement. To that end, any and all claims and counterclaims in the captioned lawsuit by and between Plaintiff and Defendants, arising out of the subject matter of the captioned litigation, whether or not asserted in this matter, may now be dismissed with prejudice, the Parties to bear their own costs and attorneys' fees.

| | | |
|---|---|---|
| 1 | DATED: July 15, 2008 | CLAUSEN MILLER P.C. |

s/Keith E. Butler
Attorneys for Plaintiff,
AMERICAN DIAGNOSTIC MEDICINE, INC.
E-mail: kbutler@clausen.com

DATED: July 15, 2008            LUCE, FORWARD, HAMILTON & SCRIPPS LLP

s/Micah D. Parzen
Attorneys for Defendant, ROBERT WALDER
E-mail: MParzen@LUCE.com

DATED: July 15, 2008            DRINKER BIDDLE & REATH LLP

s/Siobhan A. Cullen
Attorneys for Defendant, PAUL KAPLAN
E-mail: Siobhan.Cullen@dbr.com

-3-