```
 1  Keith E. Butler  State Bar Number 200496
    Clausen Miller P.C.
 2  2040 Main Street, Suite 500
    Irvine, CA 92614
 3  Telephone (949) 260-3100
    Facsimile (949) 260-3190
 4
    Attorneys for Plaintiff and
 5  Counterdefendant, AMERICAN
    DIAGNOSTIC MEDICINE, INC.
 6
 7
 8              UNITED STATES DISTRICT COURT
 9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11  AMERICAN DIAGNOSTIC MEDICINE,      Case No. 07cv2401 W (CAB)
    INC.,
12                                     JUDGE: Hon. Thomas J. Whelan
                Plaintiff,             CTRM:  7
13
    vs.                                CERTIFICATE OF SERVICE
14
    ROBERT WALDER, PAUL KAPLAN,
15  and DOES 1 through 100, inclusive,
16              Defendants.
17
    PAUL KAPLAN,
18
                Counterclaimant,
19
    vs.
20
    AMERICAN DIAGNOSTIC MEDICINE,
21  INC.,
22              Counterdefendant.
23
24       On July 15, 2008, I caused to be served via CM/ECF copies of the following
25  document(s):
           1.   JOINT MOTION TO DISMISS ACTION WITH PREJUDICE
26
           2.   [PROPOSED] ORDER RE: JOINT MOTION TO DISMISS
27              ACTION WITH PREJUDICE
28  on the interested parties in this action as follows:
```

1

07cv2401W

Siobhan A. Cullen
Drinker Biddle & Reath LLP
333 South Grand Avenue, Suite 1700
Los Angeles, California 90071-1504
Telephone: 213.253.2300
Facsimile: 213.253.2301
E-mail: Siobhan.cullen@dbr.com

*Attorney for Defendant*
PAUL KAPLAN

Phillip L. Kossy
Micah Parzen
Liseanne R. Kelly
Luce Forward Hamilton & Scripps LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone: 619.236.1414
Facsimile: 619.232.8311
E-mail: Lkelly@luce.com

*Attorney for Defendant*
ROBERT WALDER

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 15, 2008, at Irvine, California.

_____
Diane Nofsinger