FILED

2008 JUL 21 PM 1:17

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN DIAGNOSTIC MEDICINE, INC.,<br><br>         Plaintiff,<br>v.<br><br>ROBERT WALDER, et al.,<br><br>         Defendants.<br><br>And related cross-actions. | CASE NO: 07-CV-2401 W (CAB)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. NO. 26] |

Pending before the Court is the parties' joint motion to dismiss the Complaint and Counterclaims with prejudice. Good cause appearing, the Court **GRANTS** the motion (Doc. No. 26), and dismisses this case with prejudice.

**IT IS SO ORDERED.**

DATE: July 21, 2008

HON. THOMAS J. WHELAN
United States District Court
Southern District of California

- 1 -

07cv2401w